Sara Ghafouri, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org

Attorney for Defendant-Intervenors

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD,** and **CASCADIA WILDLANDS**, | Civil No. 1:21-cv-00058-CL |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| vs. | |
| **UNITED STATES FISH AND WILDLIFE SERVICE**, | |
| Defendant, | |
| and | |
| **BOISE CASCADE WOOD PRODUCTS, L.L.C.**, a Delaware Limited Liability Corporation, and **TIMBER PRODUCTS COMPANY**, an Oregon Corporation. | |
| Defendant-Intervenors. | |

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to L.R. 83-11(b), defendant-intervenors Boise Cascade Wood Products L.L.C.

and Timber Products Company hereby withdraw the appearance of Lawson E. Fite as counsel of

record, as Mr. Fite has left the American Forest Resource Council.  Boise Cascade Wood

Products L.L.C. and Timber Products Company will continue to be represented by Sara

Ghafouri.

Dated this 22nd day of July, 2021.


/s/ Sara Ghafouri
Sara Ghafouri, Ore. Bar #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org

Attorney for Defendant-Intervenors

NOTICE OF WITHDRAWAL OF COUNSEL – Page 1

## **CERTIFICATE OF SERVICE**

I, Sara Ghafouri, hereby certify that I, on July 22, 2021, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated this 22nd day of July, 2021.

/s/ Sara Ghafouri
Sara Ghafouri
