SANGYE INCE-JOHANNSEN (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd, Ste 340
Eugene, OR 97401
(541) 778-6626 | Phone
sangyeij@westernlaw.org

SUSAN JANE BROWN (OSB #054607)
Western Environmental Law Center
4107 NE Couch St.
Portland, OR 97232
(503) 914-1323 | Phone
brown@westernlaw.org

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS, *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, *Defendant*, <br><br> and <br><br> BOISE CASCADE WOOD PRODUCTS, LLC, and TIMBER PRODUCTS COMPANY, *Defendant-Intervenors*. | Civ. Case No. 1:21-cv-00058-CL <br><br> **STIPULATION OF DISMISSAL** |

Plaintiffs Klamath-Siskiyou Wildlands Center, Oregon Wild, and Cascadia Wildlands; Defendant United States Fish and Wildlife Service; and Defendant-Intervenors Boise Cascade Wood Products, LLC and Timber Products Company (together, the "Parties") have agreed and stipulated that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties will bear their own costs and fees associated with this lawsuit.

SO STIPULATED.

Respectfully submitted on April 28, 2022.

/s/ *Sangye Ince-Johannsen*
Sangye Ince-Johannsen (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd, Ste 340
Eugene, Oregon 97401
Ph. (541) 778-6626
sangyeij@westernlaw.org

Susan Jane M. Brown (OSB #054607)
Western Environmental Law Center
4107 NE Couch St.
Portland, Oregon 97232
Ph. (503) 914-1323
brown@westernlaw.org

*Attorneys for Plaintiffs*


TODD KIM, Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief

/s/ *Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623

1

Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*


/s/ *Sara Ghafouri*
Sara Ghafouri, Ore. Bar #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org

*Attorney for Defendant-Intervenors*